KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216; 57 AD3d 941.

Motion by Tobias Barrington Wolff et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216.

Motion by New York State Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216; 57 AD3d 941.

Motion by New York Civil Liberties Union et al. for leave to file a brief amici curiae on the appeals herein granted and the proposed brief is accepted as filed.

In the Matter of RAYMOND C. MILLER SR., Appellant, v PATRICIA A. MILLER, Respondent.

Submitted July 13, 2009; decided September 17, 2009

Reported below, 63 AD3d 1323.